IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:14-cr-34-DPM

BRYSON W. TAYLOR                                            DEFENDANT

## ORDER

Motion, № 4, granted. The information is dismissed without prejudice.

The 18 March 2014 plea and arraignment is cancelled.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 March 2014